**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
United States Attorney

Jewell Christian Stewart
Assistant United States Attorney

970 Broad Street, Suite 700
Newark, NJ 07102
Jewell.Stewart@usdoj.gov

main: (973) 297-2024
direct: (862) 412-7410
fax: (973) 645-2702

November 2, 2026

**BY ECF**
Honorable Madeline Cox Arleo, U.S.D.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: *Lala Lala v. Soto et al.*, No. 2:26-cv-13834 (MCA)**
**Petitioner's Release on Bond**

Dear Judge Arleo:

This Office represents Respondents in this habeas action. As an initial matter, we respectfully request leave to file this Reply out of time pursuant to Federal Rule of Civil Procedure 6(b)(1)(B). Due to an inadvertent clerical calendaring error, this Answer was not timely filed. Counsel sincerely apologizes to the Court for this oversight. The delay was inadvertent, was not the result of bad faith or an attempt to delay these proceedings and causes no prejudice to the parties. Upon discovering the error, counsel acted promptly to prepare and submit this Reply. Respondents respectfully requests that the Court find excusable neglect and accept this Reply as timely filed. *See* Fed. R. Civ. P. 6(b)(1)(B); *Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship*, 507 U.S. 380, 395 (1993).

We respectfully write to inform the Court that U.S. Immigration and Customs Enforcement ("ICE") has informed this Office that on October 26, 2026 Petitioner was granted a bond hearing which resulted in him being ordered released on bond of $7,500. Ex. A.

On October 29, 2026, Petitioner posted bond and was released from custody. Ex. B.

We therefore respectfully request that the Court close this case and lift all temporary restraints.

We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Jewell C. Stewart*
JEWELL CHRISTIAN STEWART
Assistant United States Attorney
*Attorneys for Respondents*

cc: Counsel of Record (by ECF)

Case shall be closed.
SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 11/2/26